MICHAEL ADAMS, Appellant.—Judgments, Supreme Court, New York County (Paul Bookson, J.), both rendered on May 17, 1989, convicting defendant, upon his pleas of guilty, of two separate counts of criminal possession of a controlled substance in the third degree and sentencing defendant to concurrent, indeterminate terms of imprisonment of 2 to 6 years, are unanimously affirmed.

We are unpersuaded that the sentence imposed was unduly harsh or severe. Taking into account, "among other things, the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction", we perceive no abuse of discretion warranting a reduction in sentence. *(People v Farrar,* 52 NY2d 302, 305.)

Further, defendant was sentenced in accordance with his plea bargain and within statutory guidelines. "Having received the benefit of his bargain, defendant should be bound by its terms." *(People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918.) Concur—Ross, J. P., Kassal, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON ADONIS, Appellant.—Judgment, Supreme Court, New York County (Shirley Levittan, J.), rendered on May 28, 1987, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree and criminal possession of a weapon in the third degree and sentencing defendant to concurrent, indeterminate terms of imprisonment of five years to life and one year, respectively, is unanimously affirmed.

We are unpersuaded that the sentence imposed was unduly harsh or severe. Taking into account, "among other things, the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction", we perceive no abuse of discretion warranting a reduction in sentence. *(People v Farrar,* 52 NY2d 302, 305.)

Further, defendant was sentenced in accordance with his plea bargain and within statutory guidelines. "Having received the benefit of his bargain, defendant should be bound by its terms." *(People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918.) Concur—Ross, J. P., Kassal, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL BUN, Appellant.—Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered on June 1, 1988, convicting defendant, upon his plea of guilty, of one